UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN DOE , ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 1:18-cv-00040-LM |
| ) | |
| TRUSTEES OF DARTMOUTH COLLEGE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**RESPONSE TO PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM**

Defendant Trustees of Dartmouth College ("Dartmouth") has no objection to Plaintiff's Motion to Proceed Under a Pseudonym, provided the individual referred to in the complaint as Sally Smith also is referred to by a pseudonym.

                TRUSTEES OF DARTMOUTH COLLEGE

                By: /s/ Katherine A. Guarino
                Katherine A. Guarino (#264846)
                LOCKE LORD LLP
                111 Huntington Avenue
                Boston, Massachusetts 02199
                (617) 239-0100 telephone
                (617) 227-4420 facsimile
                katherine.guarino@lockelord.com

                Of counsel:

                Daryl J. Lapp
                Mass. BBO No. 554980
                Elizabeth H. Kelly
                Mass. BBO 672277
                LOCKE LORD LLP
                111 Huntington Avenue
                Boston, Massachusetts 02199
                (617) 239-0174
                daryl.lapp@lockelord.com
                liz.kelly@lockelord.com

March 1, 2018

**Certificate of Service**

      I certify that, on March 1, 2018, I caused a copy of this document to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

                                              /s/ Katherine A. Guarino
                                              Katherine A. Guarino