UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>    Defendant | Civil Action No: 1:18-cv-00040-LM |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(A)(ii), the parties stipulate to the dismissal of this action with prejudice.

| JOHN DOE, | TRUSTEES OF DARTMOUTH COLLEGE, |
|---|---|
| /s/ Ruth O'Meara-Costello<br>Ruth O'Meara-Costello (admitted *pro hac vice*)<br>Naomi R. Shatz (admitted *pro hac vice*)<br>ZALKIND DUNCAN & BERNSTEIN LLP<br>65a Atlantic Ave.<br>Boston, MA 02110<br>(617) 742-6020<br>rcostello@zalkindlaw.com<br>nshatz@zalkindlaw.com<br><br>William E. Christie<br>SHAHEEN & GORDON<br>107 Storrs St<br>PO Box 2703<br>Concord, NH 03302-2703<br>(603) 617-3029<br>wchristie@shaheengordon.com | /s/ Daryl J. Lapp<br>Daryl J. Lapp (admitted *pro hac vice*)<br>Elizabeth H. Kelly (admitted *pro hac vice*)<br>Katherine A. Guarino (#264846)<br>LOCKE LORD LLP<br>111 Huntington Avenue<br>Boston, Massachusetts 02199<br>(617) 239-0100<br>daryl.lapp@lockelord.com<br>liz.kelly@lockelord.com<br>katherine.guarino@lockelord.com |

## Certificate of Service

I certify that on November 15, 2018, I caused the foregoing document to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

/s/ Ruth O'Meara-Costello

AM 70289397.1